UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| DESIGN MART LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 3:23-cv-00082-CDL |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEWS INTERNATIONAL | ) | [JURY TRIAL DEMANDED] |
| CORPORATION, D/B/A/ MATTHEWS | ) | |
| GRANITE D/B/A MATTHEWS | ) | |
| CEMETERY PRODUCTS | ) | |
| | ) | |
| Defendant.       . | ) | |

## FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff Design Mart LLC ("Design Mart") alleges the following as its First Amended

Complaint against Matthews International Corporation, d/b/a Matthews Granite and Matthews

Cemetery Products ("Matthews"):

### I.    NATURE OF THE CASE

1.    Plaintiff Design Mart seeks damages and injunctive relief against Defendant

Matthews for willful copyright infringement of at least 259 of Design Mart's copyrighted design

images, which are intended for use in advertising, selling, and manufacturing memorialization

products such as gravestones.

### II.    PARTIES

2.    Design Mart is a Georgia limited liability company with its principal place of

business in Elberton, GA.

3.    Matthews is a Pennsylvania corporation with it principal place of business located at

Two North Shore Center, Pittsburgh, PA, 15212-5838.  Matthews has registered to do business

in the State of Georgia and its registered agent is Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

## III.    JURISDICTION

4.      This Court has subject matter jurisdiction under 28 U.S.C. §1338(a) and 28 U.S.C. § 1331.

5.      This Court has general personal jurisdiction over Matthews because it is deemed a resident of the State of Georgia by virtue of the fact that it has registered to do business in the State of Georgia, thereby consenting to general personal jurisdiction.

6.      Alternatively, Matthews is subject to specific personal jurisdiction and to the Georgia Long Arm Statute because (1) the claims asserted herein have arisen at least in part from Matthews' transaction of business within Georgia; (2) because Matthews has committed a tortious act within Georgia (copyright infringement); (3) because Matthews has committed a tortious injury in Georgia caused by one or more acts outside of Georgia and regularly does or solicits business and derives substantial revenue from goods used or consumed or services rendered in Georgia; and (4) because Matthews owns, uses, or possesses real property situated within Georgia.

## IV.    VENUE

7.      Venue is proper in this District at least under 28 U.S.C. §§ 1391 (b)(1) and (d) because Matthews resides in the Middle District of Georgia and because under 28 U.S.C. § 1400(a) Matthews or its agent resides and/or may be found in the Middle District of Georgia.

## V.    STATEMENT OF FACTS

### A.  DESIGN MART'S COPYRIGHTED DESIGN IMAGES

8.      Design Mart is a small, family-owned-and-operated business located in Elberton, Georgia.  Design Mart began as a sole proprietorship in about 1969 and was subsequently incorporated as a Georgia limited liability corporation in 1999.  For over fifty years and continuing today, Design Mart has created and licensed hundreds of original design images to cemeteries, gravestone manufacturers, and memorial counselors to assist them in the sale and creation of personal memorials for their customers and clients.  Design Mart also creates stencils corresponding to its design images which can be used to engrave or sandblast designs onto gravestones and cemetery monuments.

9.      Design Mart offers its designs and services through various media, including, for example, printed brochures and catalogs, individual design prints, individual design sandblast stencils, CAD files for cutting sandblast stencils, online catalogs, and an online design tool/application available by subscription.

10.    The below table identifies the Copyright Office registrations owned by Design Mart for its design images including those that have been assigned to it (copies of which are attached as Exhibit A), and also provides a brief description of the deposit materials submitted with each registration.

| Ref. # | Registration No. | Title | Date |
|---|---|---|---|
| 1 | VA0000352933 | [Design Mart monumental design : no.] D-Mart 1119-1131. | 1988 |
| | | Deposit materials consisted of thirteen distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in | |

| | | color, with designs numbered consecutively from D1119 through D1131. | |
|---|---|---|---|
| 2 | VA0000354920 | Thy victory thy promise : a memorial marker presentation. | 1988 |
| | | Deposit materials consisted of a glossy color-printed 28-page booklet entitled "Thy Victory Thy Promise," and depicting fifty distinct designs, numbered D685 through D734. | |
| 3 | VA0000354921 | Child art : memorials for youth "our most beloved possession." | 1988 |
| | | Deposit materials consisted of a glossy color printed leaflet entitled "Child Art" and depicting thirty-six distinct gravestone designs and eleven distinct carving designs. | |
| 4 | VA0000354922 | Cremation : a memorial design presentation. | 1988 |
| | | Deposit materials consisted of a glossy color-printed 36-page booklet entitled "Cremation A memorial design presentation," and depicting thirty-seven distinct designs, numbered D8000C through D8036C, and a separate glossy color printed leaflet "Cremation A memorial design presentation" and depicting the same thirty-seven gravestone designs numbered D8000C through D8036C. | |
| 5 | VA0000354923 | Memorial designs. | 1988 |
| | | Deposit materials consisted of a business card catalog consisting of multiple unique designs. | |
| 6 | VA0000354924 | Shrine of memory. | 1988 |
| | | Deposit materials consisted of a glossy color printed leaflet, entitled "Shrine of Memory," and depicting twenty-one distinct designs, numbered D-Mart 821, 822, 825, 828, 830, 831, 836, 837-M, 840, 843, 845, 846, 847, 848, 851, 858-M, 849, 852, 856, 866, and 862. | |
| 7 | VA0000354925 | "While we live" select your personalized family memorial pre-need. | 1988 |

| | | Deposit materials consisted of a glossy color printed leaflet, entitled "While We Live," and depicting forty distinct designs, numbered D1033, D661, D1038, D649, D1012, D922, D879, D886, D939, D969, D974, D996, D1016, D959, D1004, D899, D908, D969, D866, D887, D961, D877, D642, D981, D889, D876, D647, D1039, D1036, D943, D1005, D890, D937, D1024, D1043, D1044, D875, D894, D916, and D885. | |
|---|---|---|---|
| 8 | VA0000354926 | Tributes of love : a memorial design presentation : series D97-1047. | 1988 |
| | | Deposit materials consisted of a glossy printed Booklet and a glossy printed leaflet, each entitled "Tributes of Love," and each depicting fifty-one distinct designs, numbered D997 through D-1047. | |
| 9 | VA0000354927 | Granite-bronze : a memorial design presentation. | 1988 |
| | | Deposit materials consisted of a glossy color printed Booklet entitled "Granite Bronze" and depicting thirty-one distinct designs, numbered D735B through D765B. | |
| 10 | VA0000354928 | Forever in memory : set of designs. | 1988 |
| | | Deposit materials consisted of forty-four distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1048 through D1091. | |
| 11 | VA0000354929 | Forever in memory. | 1988 |
| | | Deposit materials consisted of a glossy printed Booklet and a glossy printed leaflet, each entitled "Forever in Memory," and each depicting forty-four distinct designs, numbered D1048 through D1091. | |
| 12 | VA0000354930 | New designs : [no.] 1092-1118. | 1988 |
| | | Deposit materials consisted of twenty-seven distinct gravestone designs, with each design | |

| | | submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1092 through D1118. | |
|---|---|---|---|
| 13 | VA0000366876 | Design Mart Monumental design : nos. 1132-1142. | 1989 |
| | | Deposit materials consisted of eleven distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1132 through D1142. | |
| 14 | VA0000391777 | D-mart : [no.] 1143-1156. | 1990 |
| | | Deposit materials consisted of fourteen distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1143 through D1156. | |
| 15 | VA0000402010 | Your pet : [no.] D8037P-D8086P, D1PM-D32PM. | 1989 |
| | | Deposit materials consisted of a glossy color printed Booklet and separate leaflet, each entitled "Your Pet," each depicting eighty-two distinct designs, numbered D8037P through D8086 and D1PM-D32PM. | |
| 16 | VA0000414654 | Reflections of life : [no.] D648-D684. | 1990 |
| | | Deposit materials consisted of a glossy color-printed 38-page booklet entitled "Reflections of Life," and depicting thirty-seven distinct designs, numbered D648 through D684. | |
| 17 | VA0000415859 | [Design Mart monumental design : nos. D867-D879] | 1990 |
| | | Deposit materials consisted of thirteen distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" "card", in color, with designs numbered consecutively from D867 through D879. | |

| 18 | VA0000432041 | Eternal life : a memorial design presentation : ser. D821-866. | 1990 |
|---|---|---|---|
| | | Deposit materials consisted of a glossy color-printed 44-page booklet entitled "Eternal Life, a memorial design presentation," and depicting forty-six distinct designs, numbered D821 through D866. | |
| 19 | VA0000432745 | [Design Mart monumental design : nos. D880-D892] | 1990 |
| | | Deposit materials consisted of thirteen distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D880 through D892. | |
| 20 | VA0000432746 | [Design Mart monumental design : nos. D893-D903] | 1990 |
| | | Deposit materials consisted of eleven distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D893 through D903. | |
| 21 | VA0000435317 | Closer walk : a memorial design presentation : ser. D947-996. | 1990 |
| | | Deposit materials consisted of a glossy color-printed 43-page booklet entitled "Closer Walk, a memorial design presentation," and depicting fifty distinct designs, numbered D947 through D996. | |
| 22 | VA0000455523 | [Design Mart Monumental design nos. D1157-D1172] | 1991 |
| | | Deposit materials consisted of sixteen distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1157 through D1172. | |
| 23 | VA0000457608 | Design Mart Monumental designs nos. D904-D914 in card form. | 1991 |

| | | Deposit materials consisted of eleven distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D904 through D914. | |
|---|---|---|---|
| 24 | VA0000460199 | In remembrance memorial designs. | 1991 |
| | | Deposit materials consisted of a glossy color-printed 21-page booklet entitled "In Remembrance Memorial Designs," and depicting forty distinct designs, numbered D621 through D647, D869, D871, D873, D876, D877, D878, D885-D889, and D91A. | |
| 25 | VA0000463227 | [Design Mart monumental design : no.] D926-D938. | 1991 |
| | | Deposit materials consisted of thirteen distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D926 through D38. | |
| 26 | VA0000463228 | [Design Mart monumental design : no.] D939-D946. | 1991 |
| | | Deposit materials consisted of eighteen distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D939 through D946. | |
| 27 | VA0000463442 | [Design Mart Monumental design nos. D915-D925] | 1991 |
| | | Deposit materials consisted of eleven distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D915 through D925. | |
| 28 | VA0000470768 | Design Mart monumental designs : no. D1157-D1171. | 1991 |
| | | Deposit materials consisted of fifteen distinct gravestone designs, with each design submitted | |

|  |  | on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1157 through D1171. |  |
|---|---|---|---|
| 29 | VA0000475578 | Dmart : no. 1173-1190. | 1991 |
|  |  | Deposit materials consisted of eighteen distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1173 through D1190. |  |
| 30 | VA0000526422 | Design Mart monument designs : no. D1191-D1202. | 1992 |
|  |  | Deposit materials consisted of twelve distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1191 through D1202. |  |
| 31 | VA0000568455 | Design Mart monumental design : no. D1203-D1217. | 1993 |
|  |  | Deposit materials consisted of fifteen distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1203 through D1217. |  |
| 32 | VA0000638641 | Memories etched in stone : no. 101-135. | 1994 |
|  |  | Deposit materials consisted of thirty-five distinct designs, numbered D101-D135. |  |
| 33 | VA0000650406 | [Design Mart monumental design] : no. D-mart 1218--D-mart 1231. | 1994 |
|  |  | Deposit materials consisted of eighteen distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1173 through D1190. |  |
| 34 | VA0000669066 | Design Mart disks : vol. 1 : four disk set, 92 components for creating full-size details of virtually any D-Mart design. | 1994 |

| | | Deposit material consisted of four electronic discs containing files for 92 distinct designs, with each design on a separate file, and each file submitted in several formats. | |
|---|---|---|---|
| 35 | VA0000699617 | Life everlasting : no. D136-D201. | 1995 |
| | | Deposit materials consisted of a glossy color-printed 52-page booklet entitled "Life Everlasting," and depicting fifty distinct designs, numbered D136-D201. | |
| 36 | VA0000701330 | Design Mart monumental design : no. D1232-D1250. | 1995 |
| | | Deposit materials consisted of nineteen distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1232 through D1250. | |
| 37 | VA0000742180 | Memories etched in stone : a memorial design presentation : ser. D80-D134. | 1995 |
| | | Deposit materials consisted of a glossy color-printed 55-page booklet entitled "Thy Victory Thy Promise," and depicting fifty-five distinct designs, numbered D80 through D134. | |
| 38 | VA0000780441 | [Design Mart monumental design] : no. 1251-1263. | 1996 |
| | | Deposit materials consisted of thirteen distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1251 through D1263. | |
| 39 | VA0000814847 | [Design Mart monumental design] : no. D1264-D1270, D1273-D1277. | 1996 |
| | | Deposit materials consisted of twelve distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1264 through D1270 and D1273 through D1277. | |

| 40 | VA0000850920 | Design Mart monumental design : no. D1278-1289. | 1998 |
|---|---|---|---|
| | | Deposit materials consisted of twelve distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1278 through D1289. | |
| 41 | VA0000922532 | [Design Mart monumental design no. D1290-1305] | 1998 |
| | | Deposit materials consisted of sixteen distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1290 through D1305. | |
| 42 | VA0000979818 | First impressions : ser. D7001-7155. | 1999 |
| | | Deposit materials consisted of a glossy color-printed 32-page booklet entitled "First Impressions," and depicting one hundred fifty-five distinct designs, numbered D7001 through D7155. | |
| 43 | VA0001033110 | [Design Mart monumental design] : no. D1306-D1317. | 1999 |
| | | Deposit materials consisted of eighteen distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1306 through D1317. | |
| 44 | VA0001071840 | Design mart monumental design : no. D1318-1340. | 2000 |
| | | Deposit materials consisted of twenty-three distinct gravestone designs, with each design submitted on a separate 8-1/2" x 11" printed "card", in color, with designs numbered consecutively from D1318 through D1340. | |
| 45 | VA0001150607 | Legacies in stone. | 2001 |

|  |  | Deposit materials consisted of a 33 page color booklet, entitled "Legacies In Stone," with design images, photographs, and text. |  |
|---|---|---|---|
| 46 | VA0001186306 | Journeys remembered : a memorial marker presentation : ser. D201-D276. | 2002 |
|  |  | Deposit materials consisted of a glossy color-printed forth page booklet entitled "Journeys Remembered, A memorial marker presentation," and depicting seventy-six distinct designs, numbered D201 through D276. |  |
| 47 | VA0001216825 | Seasons cherished : a monument design presentation : ser. D1335-D1405. | 2003 |
|  |  | Deposit materials consisted of a glossy color-printed 46-page booklet entitled "Seasons Cherished, a monument design presentation," and depicting seventy-one distinct designs, numbered D1335 through D1405 |  |
| 48 | VA0001407032 | We remember. | 2006 |
|  |  | Deposit materials consisted of text and artwork for memorial designs. |  |
| 49 | VA0001408395 | We remember : D1406-D1464. | 2007 |
|  |  | Deposit materials consisted of a glossy color-printed 48-page booklet entitled "We Remember," and depicting fifty-nine distinct designs, numbered D1406 through D1464. |  |
| 50 | VA0001817022 | Monument Clip Art-Miscellaneous Artwork. | 2003 |
|  |  | Deposit materials consisted of a disk containing dozens of distinct designs, with each design on a separate file, and each file submitted in several formats. |  |
| 51 | VA0001817025 | D-Mart Disks III-Classic Components. | 2012 |
|  |  | Deposit material consisted of a disk containing files for 376 distinct designs, with each design on a separate file, and each file submitted in several formats. |  |

| 52 | VA0002000242 | Monument Clip Art-Miscellaneous Artwork 2. | 2015 |
| | | Deposit materials consisted of a disk containing dozens of distinct designs, with each design on a separate file, and each file submitted in several formats. | |
| 53 | VAu000981365 | Loving Memories D1465-D1529. | 2009 |
| | | Deposit materials consisted of a glossy color-printed 48-page booklet entitled "Loving Memories, a monument design presentation," and depicting sixty-five distinct designs, numbered D1465 through D1529. | |

11.     Each of the hundreds of individual designs included in these copyright registrations constitutes a separate work, with each such design possessing independent economic value and each design distinctly and discernably viable.

12.     Design Mart's catalogs, brochures and other media depicting its copyrighted designs have included copyright notices in compliance with 17 U.S.C. § 401.

**B.  MATTHEWS' COPYRIGHT INFRINGEMENT**

13.     Matthews is a large international corporation incorporated under the laws of Pennsylvania and registered to do business in Georgia and in numerous other states.  Matthews is traded on the NASDAQ stock exchange under the symbol MATW.  MATW is one of the stocks that comprise the NASDAQ Global Select Market Composite index.  Matthews employs about 11,000 employees at over 250 locations around the world, on six continents.

14.     Matthews uses the trade names Matthews Cemetery Products and Matthews Granite. Under these trade names Matthews competes with Design Mart to offer design images for tombstones and monuments, and offers stencils used to transfer the design to a tombstone or

monument.  Additionally, Matthews offers for sale and sells tombstones/monuments engraved with a design image selected by a bereaved family.

15.     Matthews has engaged in large-scale, illegal copying of Design Mart's copyrighted design images.  Matthews assembled infringing copies of Design Mart's designs into one or more online catalogs branded by Matthews, and offered it at least through its online monument design tool/application.  On information and belief, Matthews uses one or more versions of its online catalog(s) and design tool/application(s) containing Design Mart's stolen copyrighted images to advertise to cemeteries and to bereaved families the design images Matthews makes available for engraving onto tombstones and monuments.

16.     Design Mart does not know the full extent of Matthews' infringement, but Matthews has illegally copied at least 259 of Design Mart's original copyrighted images.  In at least one of Matthews' online catalogs, entitled "MG Designs," the stolen Design Mart images comprise the entirety of the images being offered within the catalog and online/design tool application.

17.     On information and belief, Matthews makes one or more of its online catalogs containing Design Mart's stolen design images available to third-party companies (such as cemeteries) across the United States and internationally.  Matthews provides the third-party companies access to its design catalogs with login information.  The third-party companies use Matthews' online catalog(s) and design tool/application to advertise the infringing Design Mart design images to bereaved families.

18.      On information and belief, Matthews also makes infringing copies of Design Mart's images by incorporating the designs into proposals and/or contracts with bereaved families or other customers.

19.    When a bereaved family chooses an infringing Design Mart design, the third-party company commissions Matthews to engrave the image onto a monument or gravestone.

20.    Matthews makes an infringing derivative work from the infringing image in the form of a stencil, which Matthews then uses to sandblast or engrave an infringing image onto the tombstone. Matthews sells the gravestone or monument engraved with the infringing image to the third-party, which then sells it to the bereaved family.

21.    Amended Exhibit B depicts 187 known examples of copyrighted Design Mart images that have been willfully infringed by Matthews. The left column of Amended Exhibit B depicts the Design Mart copyrighted images; the right column depicts Matthews' corresponding infringing copy from one of its online catalogs. Exhibit F identifies, for each known Matthews' infringing image in Amended Exhibit B, the Design Mart copyright registration that covers Design Mart's copyright in the infringed image. Matthews copied both Design Mart's graphic image and image number Design Mart assigned as part of the deposit materials submitted to the Copyright Office to obtain copyright registrations; thus, the numeric portion of Matthew's infringing images correspond to the numeric portions of Design Mart's copyrighted images.

22. Exhibits C, D, and E, depict, respectively, 19, 21, and 32 additional examples of copyrighted Design Mart images that have been willfully infringed by Matthews. (To reduce the size of each pdf exhibit and thereby comply with the online size limit for uploading documents via the Court's ECF filing system, four exhibits of the examples of Matthews' infringing copies, rather than a single exhibit, are being submitted).

23. The nineteen Design Mart images depicted in Exhibit C and the thirty-two images of Exhibit E are covered under Copyright Registration No. VA0000669066 (reference no. 34 in paragraph 10). The deposit materials for each of these registrations consisted of dozens of

individual electronic files, with each file corresponding to a distinct design, and each design submitted in several file formats.  The Design Mart images depicted in Exhibits C and E each reflect a printout of one of the electronic files submitted with the registration.

24. The twenty-one Design Mart images depicted in Exhibit D are covered under Copyright Registration No. VA0001817025 (reference no. 51 in paragraph 10).  The deposit materials for this registration consisted of dozens of individual electronic files, with each file corresponding to distinct design, and each design submitted in several file formats.  The Design Mart images depicted in Exhibit D each reflect a printout of one of the electronic files submitted with the registration.

25.    Design Mart is currently aware that Matthews has infringed the designs shown in Amended Exhibit B, which are covered by the registrations referenced in Exhibit F, and the designs shown in Exhibits C, D, and E, which are covered by the registration numbers VA0000669066 and VA0001817025.  Paragraph 10 above identifies additional Design Mart registrations for which Design Mart does not have current knowledge of infringement by Matthews.  Nevertheless, given Matthews' large-scale infringement, and on information and belief, Design Mart expects that discovery will demonstrate that Matthews has illegally copied many more of Design Mart's copyrighted images, and that Matthews has also made infringing copies in other media, such as printed brochures, catalogs, price books, proposals, approval drawings, and customer contracts, which may be covered by one or more of the other Design Mart registrations listed in paragraph 10.

26.    Matthews has infringed and, on information and belief, continues to infringe Design Mart's copyrighted design images by reproducing and displaying, without authority, Design Mart's copyrighted design images and derivative works thereof on Matthews' computer systems,

by making electronic copies of Design Mart's designs, by providing images and derivative works available internally to its employees and agents, by preparing derivative works based upon copyrighted works, by distributing copies of the copyrighted work, for example, by distributing its electronic catalogs and/or by distributing paper copies or excerpts thereof and by selling gravestones and monuments bearing the copyrighted images or derivatives thereof; and/or by displaying the copyrighted works publicly.

27.    Matthews is using its infringing versions of Design Mart's copyrighted images to advertise illegally Matthews' products and services, leading to direct sales not only of gravestones and monuments bearing infringing images, but increasing the sales of Matthews and its customers' entire line of products and services.

28.    Matthews has further engaged and continues to engage in secondary, vicarious, and contributory copyright infringement by intentionally inducing, causing, and materially contributing to third-party companies' (such as companies operating cemeteries) infringement of Design Mart's copyrights, for example, by causing and inducing such third-parties to make copies on their computers and their customers' computers and to publicly display Design Mart's copyrighted images.

29.    Matthews' infringement has been direct and willful, with knowledge that the subject designs were illegally copied from Design Mart's copyrighted works.

**COUNT I: WILLFUL DIRECT COPYRIGHT INFRINGEMENT**

30.    Design Mart repeats and incorporates by reference the allegations contained in the preceding paragraphs 1 - 29.

31.    Each of the Design Mart's design images constitutes an original, creative work in which Design Mart owns valid copyrights properly registered with the United States Copyright Office.

32.    Design Mart has not authorized Matthews' conduct.

33. .    Matthews willfully infringed upon Design Mart's copyrighted design images in violation of Title 17 of the U.S. Code, section 501, in that Matthews used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique design images of Design Mart and derivative works thereof, without Design Mart's consent or authority, by displaying the designs on its computer systems, by making them available to its customers and other third-parties, by printing copies of the images, by posting copies on its website(s), by making stencils of the designs, by engraving tombstones with the designs, and by manufacturing and distributing tombstones bearing the designs, thereby violating multiple of Design Mart's exclusive rights in its copyrights.

34.    As a result of Defendants' violations of Title 17 of the U.S. Code, Design Mart is entitled to an award of actual damages and disgorgement of all of Matthews' profits attributable to the infringements as provided by 17 U.S.C. § 504 or, in the alternative, at Design Mart's election, an award for statutory damages against Defendant for each infringement pursuant to 17 U.S.C. § 504(c).

35.    As a result of the Matthews' violations of Title 17 of the U.S. Code, Design Mart is entitled to recover its reasonable attorney's fees and costs from Defendants pursuant to 17 U.S.C. § 505.

36.    As a result of Matthews' violations of Title 17 of the U.S. Code, Design Mart is entitled to injunctive relief to prevent further infringement of its copyrights pursuant to 17 U.S.C. § 502.

## COUNT II: WILLFUL SECONDARY COPYRIGHT INFRINGEMENT

37.    Design Mart repeats and incorporates by reference the allegations contained in the preceding paragraphs 1 - 36.

38.    Each of the Design Mart's design images constitutes an original, creative work in which Design Mart owns valid copyrights properly registered with the United States Copyright Office.

39.    Design Mart has not authorized Matthews' conduct.

40.    Matthews has engaged in willful secondary, vicarious, and contributory copyright infringement by intentionally inducing, causing, and materially contributing to third-parties' infringement of Design Mart's copyrighted works.

41.    As a result of Defendants' violations of Title 17 of the U.S. Code, section 501, Design Mart is entitled to an award of actual damages and disgorgement of all of Matthews' profits attributable to the infringements as provided by 17 U.S.C. § 504 or, in the alternative, at Design Mart's election, an award for statutory damages against Defendant for each infringement pursuant to 17 U.S.C. § 504(c).

42.    As a result of Matthews' violations of Title 17 of the U.S. Code, Design Mart is entitled to recover its reasonable attorney's fees and costs from Defendants pursuant to 17 U.S.C. § 505.

43.    As a result of Matthews' violations of Title 17 of the U.S. Code, Design Mart is entitled to injunctive relief to prevent further infringement of its copyrights pursuant to 17 U.S.C. § 502.

## JURY DEMAND

Plaintiff Design Mart demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Design Mart, LLC respectfully prays that the Court enter judgment that Matthews infringed Design Mart's rights to the its copyrighted works in violation

of 17 U.S.C. § 501 et seq. and award damages and monetary relief and equitable relief as follows:

a)  For an award of actual damages and disgorgement of all of Matthews profits attributable to the Matthews' direct and secondary infringements as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Design Mart's election, an award of statutory damages against Matthews for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger;

b)  For an order pursuant to 17 U.S.C. § 502(a) preliminarily and permanently enjoining Matthews, and its officers, agents, servants, employees, attorneys, and anyone who is in active concert or participation any of the foregoing, from any infringing use of Design Mart's copyrighted works;

c)  For an order awarding Design Mart its reasonable attorney's fees and costs of litigation pursuant to 17 U.S.C. § 505;

d)  For prejudgment interest as permitted by law;

e)  And for any further or other relief that the Court deems just and proper.

Respectfully submitted,

_____/s William F. Long_____
William F. Long
Georgia Bar No. 457490
Matthew P. Warenzak
Georgia Bar No. 624484
SMITH GAMBRELL & RUSSELL LLP
1105 West Peachtree Street NE, Suite 1000
Atlanta, Georgia 30309
Tel. 404-815-3500
Fax 404-685-6859

Sarah A. Gottlieb
(appearing *pro hac vice*)

20

SMITH GAMBRELL & RUSSELL LLP
201 North Franklin Street, Suite 3500
Tampa, Florida 33602
Tel. 813-488-2925

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which automatically provides notice to all counsel of record by sending email notification.  In addition, I emailed copies to the following:

Brian Siff: bdsiff@duanemorris.com

Catherine Lucas: klucas@duanemorris.com

Lauren Matturri: lmatturri@duanemorris.com

*s/William F. Long*
William F. Long