IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **DESIGN MART LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 3:23-cv-00082-CDL |
| § | |
| **MATTHEWS INTERNATIONAL** § | **JURY TRIAL DEMANDED** |
| **CORPORATION, D/B/A MATTHEWS** § | |
| **GRANITE D/B/A MATTHEWS** § | |
| **CEMETERY PRODUCTS** § | |
| § | |
| **Defendant.** § | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Matthews International Corporation, d/b/a Matthews Granite d/b/a Matthews Cemetery Products ("Defendant" or "Matthews"), by and through its counsel, moves this Court to grant summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56 and for those reasons set forth in the accompanying memorandum in support of this motion.

WHEREFORE, Defendant, Matthews International Corporation requests that this Court grant this motion and enter summary judgment in favor of Matthews International Corporation as requested herein and in the accompanying memorandum.

Dated: February 14, 2025

Respectfully submitted,

*/s/ Catherine Lucas*
Catherine Lucas
GA State Bar No. 567369
**DUANE MORRIS LLP**
1075 Peachtree Street, NE, Suite 1700
Atlanta, GA 30309-3929
Tel.: 404-253-6912
Fax: 404-759-2158
KLucas@duanemorris.com

2

>Brian D. Siff (*Admitted Pro Hac Vice*)
>**DUANE MORRIS LLP**
>1540 Broadway
>New York, NY 10036-4086
>Tel.: 212-692-1055
>Fax: 312-279-6780
>BDSiff@duanemorris.com
>
>Kevin P. Allen (*Admitted Pro Hac Vice*)
>**DUANE MORRIS LLP**
>625 Liberty Ave., Suite 1000
>Pittsburgh, PA 15222-3112
>Tel: 412-497-1037
>KPAllen@duanemorris.com
>
>***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I certify that on February 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ Catherine Lucas*
>Catherine Lucas

2

DM2\20894321.1