IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **DESIGN MART LLC,** § § | | |
| **Plaintiff,** § § | | |
| v. § | **Case No. 3:23-cv-00082-CDL** | |
| § | | |
| **MATTHEWS INTERNATIONAL** § **CORPORATION, D/B/A MATTHEWS** § **GRANITE D/B/A MATTHEWS** § **CEMETERY PRODUCTS** § § | **JURY TRIAL DEMANDED** | |
| **Defendant.** § | | |

## DEFENDANT'S MOTION TO SHOW CAUSE TO KEEP DESIGNATED PORTIONS OF ALISON REEDER'S DEPOSITION TRANSCRIPT UNDER SEAL

Pursuant to the Court's August 29, 2025, Order [ECF 68] and September 14, 2023, Order [ECF 20], Defendant Matthews International Corporation, D/B/A Matthews Granite D/B/A Matthews Cemetery Products ("Defendant") hereby moves that certain portions of the deposition transcript of Alison Reeder [ECF No. 45-2] remain sealed. The parties have discussed and consent to keeping certain portions of Alison Reeder's deposition transcript under seal.

Defendant respectfully requests that the following page:line cites to portions of Alison Reeder's deposition transcript remain sealed:

- 97:19 – 98:13; and
- 106:8 – 106:10.

These cites reference testimony related to highly sensitive commercial information, specifically information regarding Defendant's business and customers. This information is considered Confidential Material, as defined by the Court's December 12, 2023, Protective Order [ECF 25]. As such, these cites are subject to the provisions of the Protective Order, and they should remain sealed. Defendant further acknowledges that the Court maintaining these cites as

sealed, which would not present any undue burden or hardship as these specific cites are not specifically referenced by Plaintiff in its summary judgement papers.

Defendant further asserts that it is amenable to the Court unsealing the remaining portions of Ms. Reeder's deposition transcript that are not specifically referenced in this motion.

For the Court's convenience, Defendant attaches a copy of Ms. Reeder's deposition transcript with only the identified pin-cites redacted as Exhibit A.

Dated: September 4, 2025

Respectfully submitted,

<u>/s/ Catherine Lucas</u>
Catherine Lucas
GA State Bar No. 567369
**DUANE MORRIS LLP**
1075 Peachtree Street, NE, Suite 1700
Atlanta, GA 30309-3929
Tel.: 404-253-6912
Fax: 404-759-2158
KLucas@duanemorris.com

Brian D. Siff (*Admitted Pro Hac Vice*)
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036-4086
Tel.: 212-692-1055
Fax: 312-279-6780
BDSiff@duanemorris.com

Kevin P. Allen (*Admitted Pro Hac Vice*)
**DUANE MORRIS LLP**
625 Liberty Ave., Suite 1000
Pittsburgh, PA 15222-3112
Tel: 412-497-1037
KPAllen@duanemorris.com

***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

    I certify that on September 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Catherine Lucas*
                                              Catherine Lucas
                                              klucas@duanemorris.com