# **<u>Exhibit A</u>**

(redacted)

```
                                                            Page 1

 1          IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
 2                    ATHENS DIVISION
 3
    DESIGN MART, LLC          : Civil Action File
 4                            : No. 3:23-CV-00082-CDL
              Plaintiff(s)    :
 5                            :
         vs.                  :
 6                            :
    MATTHEWS INTERNATIONAL    :
 7  CORPORATION, D/B/A        :
    MATTHEWS GRANITE D/B/A    :
 8  MATTHEWS CEMETERY         :
    PRODUCTS                  :
 9                            :
              Defendant(s).   :
10
11                      - - -
12          Monday, December 23, 2024
13                      - - -
14          Videotaped Zoom deposition of JOHN G.
15  PLUMPE, taken pursuant to notice at location     ,
16  beginning at time    , before JULIE C. WILSON, a
17  Georgia Certified Court Reporter and Registered
18  Professional Reporter.
19
20            VERITEXT LEGAL SOLUTIONS
                  SOUTHEAST REGION
21       1075 Peachtree Street NE - Suite 3625
                Atlanta, Georgia 30309
22
23
24
25
```

1  methodology is accepted.  So I don't know whether
2  that was January 1st or not.  So I guess I'm not
3  certain of the answer to your question, whether it
4  was only 2019 or whether it could have bled into
5  2020.
6  Q.   If it were January 1, it would only affect
7  2019, correct?
8  A.   I think that's correct, yes.
9  Q.   What is your understanding of the number of
10 active users that -- well, how many active users did
11 Matthews have for Design Pro as of the date of
12 Mr. Miller's report?
13 A.   Well, starting with Plaintiff's Exhibit 40, and
14 let me just think about how to answer your question
15 in the context of a funnel.  So there were ▇▇▇▇
16 unique customers of which about ▇ or so had the
17 word "cancel" or "canceled" or "compromised" in
18 their name.  So there is probably about ▇▇▇ unique
19 customers that could be active.
20      I don't know of those ▇▇▇ how many actually
21 ordered a sandblast design monument from Matthews
22 during 2019 through 2024.
23 Q.   So you believe that the correct metric is the
24 number of active customers, not active users?
25 A.   Correct metric for what?

1  Q.   Well, you are criticizing her use of active
2  users.  So you are saying there is ▇▇▇.  That's
3  customers, not users, right?
4       Let me ask you a different question.
5       Why does ▇▇▇ customers matter?
6  A.   Based on Mr. Fernandez' definition of a seat,
7  which is my understanding of the basis for
8  Ms. Miller's calculation if you go to Exhibit 4.
9  Q.   I thought you said you didn't really understand
10 the parameters of a seat?
11           MR. SIFF:  Object to form.
12           THE WITNESS:  I didn't say that.  I
13      said my understanding of seat was based on
14      Mr. Fernandez' testimony.
15 BY MR. LONG:
16 Q.   Right.  How many -- how many people can use a
17 log-in for Design Mart as you understand it?  You
18 have a user name and log-in.  How many people can
19 use it?
20           MR. SIFF:  Object to form.
21           THE WITNESS:  I don't believe his
22      testimony that I'm thinking of put a limit on
23      that.  I think he testified about it being for
24      a company so that a company's designs could be
25      kept in a separate location.

Page 89

```
 1   BY MR. LONG:
 2   Q.   Okay.  Were there any limits to work space as
 3   you understand it?
 4              MR. SIFF:   Object to form.
 5              MR. LONG:   I don't recall whether
 6        there was testimony on that or not.  There may
 7        have been.  But if there was, I don't recall
 8        specifics on that.
 9   BY MR. LONG:
10   Q.   So you believe Ms. Miller should have been more
11   focused on number of users -- I'm sorry -- number of
12   customers, not the number of users?
13   A.   I think she should have -- assuming her
14   approach is one that should be considered, and I'm
15   saying it should be.  But she should have taken that
16   list and done a deeper dive into the data to realize
17   that there is ▮▮▮ -- roughly ▮▮▮ or so unique
18   customers that are not listed as canceled or
19   compromised.  And that is a starting point?
20       And the amount to charge would have to be based
21   on the actual -- again, if you take her premise as
22   it just being accesses what you would calculate a
23   number on, then you would have to ferret out the
24   value of the designs from the value of
25   functionality.  And she has failed to do that.
```

Page 90

1  Q.  Where is that in your report?
2  A.  That is touched on in a few places in my report
3  and clarified by reading her deposition testimony.
4  Q.  Give me the paragraphs in your report where you
5  say that.
6  A.  It's in -- let's see.  It's touched on in
7  paragraph 32.3.  And again, in there I'm talking
8  about -- I had the misunderstanding of what exactly
9  she was saying with the fee which then became
10 clarified when she was, in her deposition that she
11 was talking about -- when she was starting her
12 exhibit four, she was talking about fee for access
13 to the program, not fee for access to the alleged
14 copyright infringement or the alleged design that
15 resulted in copyright infringement.
16      So the copyright part is one piece of the total
17 functionality.  So it's touched on there.
18 Q.  So hold on one second.  I'm interested in what
19 the report says.  So quote the language verbatim in
20 your report in paragraph -- you mentioned paragraph
21 33.  Read verbatim the part you are referring to
22 that touches upon functionality.
23              MR. SIFF:  Object to form.
24              THE WITNESS:  Ms. Miller has not
25      provided support for her conclusion that

Page 91

1   Matthews would have purchased a license to the
2   accused designs in the form of a subscription
3   to Design Mart's online monument designer for
4   any Design Pro users as opposed to other forms
5   of compensation to Design Mart for use of the
6   Design Mart design such as the purchase of
7   individual design templates.
8   BY MR. LONG:
9   Q.   Is that it?
10            MR. SIFF:  Bill, just so the record
11   is clear.  You asked him to read from paragraph
12   33.  He was reading from paragraph 32,
13   subparagraph three.  I just want to make the
14   record clear.
15            MR. LONG:  Thank you.
16  BY MR. LONG:
17  Q.   That's accurate, isn't it, Mr. Plumpe?
18  A.   Yes.
19  Q.   All right.  Quote me the language elsewhere in
20  your report where you make reference to
21  functionality.
22  A.   One second, please.
23            MR. SIFF:  I'm going to object to the
24   form of that question.
25            THE WITNESS:  That's the only one I'm

1     readily seeing as I sit here now.
2  BY MR. LONG:
3  Q.   In your view, Matthews uploading a design into
4  its online Design Pro catalog within itself does not
5  constitute use of Design Mart designs; is that fair?
6            MR. SIFF:  Object to form.
7            THE WITNESS:  It sounds like you are
8       getting into a legal definition kind of
9       interpretation of copyright infringement.  But
10      what I was doing as monetary relief expert is
11      looking at how the designs were used to
12      generate some sort of financial benefit.  So I
13      was -- that's what I was focused on as a
14      monetary relief expert, not a legal expert.
15 BY MR. LONG:
16 Q.   Well, let me clarify.  On page 15 of your
17 report, heading A, you criticize--
18 A.   Hang on, hang on, hang on.
19 Q.   You can turn to that page.  Sorry.
20 A.   Page 15 you said?  Page 15?
21 Q.   Yes.  Heading A in the middle of the page:
22      Ms. Miller does not calculate damages for
23 Matthews' actual use of the accused design.
24      Do you see that?
25 A.   Yes.  We talked about that a few minutes ago.

Page 177

1 Transcripts: The transcript of this proceeding as produced will be a true, correct, and complete
2 record of the colloquies, questions, and answers as submitted by the certified court reporter.
3
Exhibits: No changes will be made to the exhibits
4 as submitted by the reporter, attorneys, or witnesses.
5
- Password-Protected Access: Transcripts and
6 exhibits relating to this proceeding will be uploaded to a password-protected repository, to
7 which all ordering parties will have access.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25                          Page 2

```
 1                    C E R T I F I C A T E
 2    STATE OF GEORGIA:
      COUNTY OF FORSYTH:
 3
 4            I hereby certify that the foregoing
      transcript was taken down, as stated in the caption,
 5    and the colloquies, questions, and answers were
      reduced to typewriting under my direction; that the
 6    transcript is a true and correct record of the
      evidence given under said proceeding.
 7
              I further certify that I am not a relative
 8    or employee or attorney of any party, nor am I
      financially interested in the outcome of this
 9    action.
10            I have no relationship of interest in this
      matter which would disqualify me from maintaining my
11    obligation of impartiality in compliance with the
      Code of Professional Ethics.
12
              I have no direct contract with any party
13    in this action and my compensation is based solely
      on the terms of my subcontractor agreement.
14
              Nothing in the arrangements made for this
15    proceeding impacts my absolute commitment to serve
      all parties as an impartial officer of the court.
16
              This 23rd day of December, 2024          .
17
18                    [signature]
19
20                    _____
21                    JULIE C. WILSON, CRR, RPR
                      CCR # 5243-5949-0338-8160
22
23
24
25
```

1  TO:
2  RE:  Signature of Deponent JOHN G. PLUMPE
3  Date Errata due back at our office:
4
5  Greetings:
6  The deponent has reserved the right to read and sign.  Please have the deponent review the attached
7  PDF transcript, noting any changes or corrections on the attached PDF Errata.  The deponent may fill out
8  the Errata electronically or print and fill out manually.
9
   Once the Errata is signed by the deponent and
10 notarized, please mail it to the offices of Veritext (below).
11
   When the signed Errata is returned to us, we will
12 seal and forward to the taking attorney to file with the original transcript.  We will also send copies
13 of the Errata to all ordering parties.
14 If the signed Errata is not returned within the time above, the original transcript may be filed with the
15 court without the signature of the deponent.
16
17 Please send completed Errata to:
18 Veritext Production Facility
   20 Mansell Court
19 Suite 300
   Roswell, GA 30076
20 (770) 343-9696
21                    Page 1
22
23
24
25

John G. Plumpe  December 23, 2024
Design Mart, LLC v. Matthews International Corpora

Page 180

1  ERRATA
2  I, the undersigned, do hereby certify that I have read the transcript of my testimony, and that
3
4  _____    There are no changes notes.
5  ___x__    The following changes are noted:
6
7  Pursuant to Rule 30(7)(e) of the Federal Rules of Civil Procedure and/or OCGA 9-11-30(e), any changes in form or substance which you desire to make to your
8  testimony shall be entered upon the deposition with a statement of the reasons given for making them. To
9  assist you in making any such corrections, please use the form below. If additional pages are necessary,
10  please furnish same and attach.
11  PAGE LINE        CHANGE
12  _7___ _19_ Add "or" between "economic" and
13  "financial"_ REASON FOR CHANGE _missing word
14  PAGE LINE        CHANGE
15  __22_ _10-11_      "evaluation" to "valuation"____
16  REASON FOR CHANGE incorrect word__
17  PAGE LINE        CHANGE
18  _27_ _4_        __"forums" to "forms"_____
19  REASON FOR CHANGE incorrect word_____
20  PAGE LINE        CHANGE
21  _45_ _19-20_ __"the $408 was" to "with $408
22  for"_ REASON FOR CHANGE __incorrect words__
23                   Page 2
24
25

John G. Plumpe  December 23, 2024
Design Mart, LLC v. Matthews International Corpora

Page 181

```
 1  PAGE LINE           CHANGE
 2  _48_ _16___         ___"certify" to "identify"_
 3  REASON FOR CHANGE _wrong word_____
 4  PAGE LINE           CHANGE
 5  _53_ 5-6_   "a monetary relief expert" to "entitled
 6  to monetary relief"
 7  REASON FOR CHANGE ___misheard statement_____
 8  PAGE LINE           CHANGE
 9  _53___  __15__      _"IT" to "IP
10  REASON FOR CHANGE _wrong word_____
11  PAGE LINE           CHANGE
12  __54___ __1__       _"even down" to "EBITDA"__
13  REASON FOR CHANGE __misheard statement_____
14  PAGE LINE           CHANGE
15  _54____ _2____      _
16  "calculate that as" to "calculated"_
17  REASON FOR CHANGE __misheard statement _
18  PAGE LINE           CHANGE
19  _54____ _21____     Add "fee" behind "lost license"___
20  REASON FOR CHANGE _missing word_____
21  PAGE LINE           CHANGE
22  _55____ _9___       "sale" to "sales"__
23  REASON FOR CHANGE _incorrect word_____
24                      Page 3
25
```

John G. Plumpe December 23, 2024
Design Mart, LLC v. Matthews International Corpora

Page 181

| | |
|---|---|
| 1 | PAGE LINE        CHANGE |
| 2 | __55__ __10__ _"even down" to "EBITDA"__ |
| 3 | REASON FOR CHANGE __misheard statement_____ |
| 4 | PAGE LINE        CHANGE |
| 5 | _55___ _20_   Add "if" between "sales" and "you"____ |
| 6 | REASON FOR CHANGE __missing word_____ |
| 7 | PAGE LINE        CHANGE |
| 8 | __62_ __22__  "standard code" to "standard co."_____ |
| 9 | REASON FOR CHANGE |
| 10 | _misspelling_____ |
| 11 | PAGE LINE        CHANGE |
| 12 | _62___ _24___     "Stats" to "sales"___ |
| 13 | REASON FOR CHANGE _misheard word_____ |
| 14 | PAGE LINE        CHANGE |
| 15 | _67___ _8__ _"only to other"_____ |
| 16 | REASON FOR CHANGE _misheard word_____ |
| 17 | PAGE LINE        CHANGE |
| 18 | __70__ __19__    _Add "a" before "methodology"_____ |
| 19 | REASON FOR CHANGE _missing word_____ |
| 20 | PAGE LINE        CHANGE |
| 21 | __72 __13__    "is" to "as"_____ |
| 22 | REASON FOR CHANGE __misheard word_____ |
| 23 | Page 3 |
| 24 | |
| 25 | |

John G. Plumpe  December 23, 2024
Design Mart, LLC v. Matthews International Corpora

Page 181

```
1    PAGE LINE          CHANGE
2    _89 __14-15__      _Add "not" before "saying"____
3    REASON FOR CHANGE _missing word_____
4    PAGE LINE          CHANGE
5    _89___ __19__   Replace question mark with a period___
6    REASON FOR CHANGE _incorrect punctuation
7    PAGE LINE          CHANGE
8    _89___ __22__     "accesses to "access as"
9    REASON FOR CHANGE _misheard words_____
10   PAGE LINE          CHANGE
11   _90_ __7__        spell out "point"
12   REASON FOR CHANGE _incorrect designation_____
13   PAGE LINE          CHANGE
14   _90_ __12 and 13__  _"fee" to "fees"__
15   REASON FOR CHANGE __misheard words_____
16   PAGE LINE          CHANGE
17   _101_ __12__ "non" to "known"___
18   REASON FOR CHANGE __misheard word_____
19   PAGE LINE          CHANGE
20   _101____ _13____"woefully" to "willfully"_____
21   REASON FOR CHANGE __wrong word_____
22   PAGE LINE          CHANGE
23   _108___16,17___  _"file" to "funnel"_____
24   REASON FOR CHANGE misheard words_____
25                          Page 3
```

| | | |
|---|---|---|
| PAGE | LINE | CHANGE |
| _119_ | __11__ | Replace question mark with a period_ |

REASON FOR CHANGE _incorrect punctuation

| | | |
|---|---|---|
| PAGE | LINE | CHANGE |
| _137___ | _1___ | _"y" to "yes"_ |

REASON FOR CHANGE _misheard word_____

| | | |
|---|---|---|
| PAGE | LINE | CHANGE |
| 138__ | _6___ | "deposition and exhibit" to "depositions and exhibits" _ |

REASON FOR CHANGE missing plurals of the words

| | | |
|---|---|---|
| PAGE | LINE | CHANGE |
| 139____ | _17___ | "directly" to "correctly"_____ |

REASON FOR CHANGE _misheard word_____

| | | |
|---|---|---|
| PAGE | LINE | CHANGE |
| 159____ | _11___ | "Mr. Long" to "Mr. Plumpe and add "relief" after monetary" _ |

REASON FOR CHANGE incorrect speaker and missing term_

| | | |
|---|---|---|
| PAGE | LINE | CHANGE |
| __164__ | __20__ | _"even down" to "EBITDA"__ |

REASON FOR CHANGE __misheard statement_____

| | | |
|---|---|---|
| PAGE | LINE | CHANGE |
| _170__ | _21__ | Replace question mark with a period___ |

REASON FOR CHANGE _incorrect punctuation

Page 3

_____
DEPONENT'S SIGNATURE

Sworn to and subscribed before me
this 14th day of January, 20 25.

_Kimberly L Dammer_
NOTARY PUBLIC

My Commission Expires: October 26, 2027

> Official Seal
> KIMBERLY L DAMMER
> Notary Public, State of Illinois
> Commission No. 980099
> My Commission Expires October 26, 2027

Page 4