# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | | |
|---|---|---|
| DESIGN MART LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:23-cv-00082-CDL |
| | ) | |
| MATTHEWS INTERNATIONAL | ) | |
| CORPORATION, D/B/A | ) | |
| MATTHEWS GRANITE, D/B/A | ) | |
| MATTHEWS CEMETERY | ) | |
| PRODUCTS, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Design Mart, LLC and Defendant Matthews International Corporation d/b/a Matthews Granite, d/b/a Matthews Cemetery Products, stipulate to the dismissal with prejudice of all claims asserted in this Lawsuit, with each party to bear its own attorneys' fees and costs.

Stipulated to this 24th day of October, 2025.


/s/ *William F. Long*
William F. Long, Esq.
Georgia Bar No. 457490
Matthew P. Warenzak, Esq.
Georgia Bar No. 624484
**Smith Gambrel & Russell LLP**
1105 West Peachtree Street NE
Suite 1000
Atlanta, Georgia 30309
Tel: (404) 815-3500
Fax: (404) 685-6859
Email: blong@sgrlaw.com
Email: mwarenzak@sgrlaw.com


*Attorneys for Plaintiff*

/s/ *Kevin P. Allen*
**Duane Morris LLP**
Catherine G. Lucas, Esq.
Georgia Bar No. 567369
Matthew C. Gaudet
Georgia Bar No. 287789
1075 Peachtree Street, NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6912
Email: klucas@duanemorris.com

Kevin P. Allen
(pro hac vice)
625 Liberty Ave., Suite 1000
Pittsburgh, PA 15222-3112
Tel: (412) 497-1037
Email: kpallen@duanemorris.com

Brian D. Siff
(pro hac vice)
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1055
Email: bdsiff@duanemorris.com

Lauren Matturri
(pro hac vice)
30 S 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1533
Email: Lmatturri@duanemorris.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

On October 24, 2025, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/  *William F. Long*
William F. Long